1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

8
9
10

UNITED STATES OF AMERICA,

               Plaintiff,

    vs.

DAVID STEPHENS,

        Defendant/Judgment Debtor,

   and

CITY OF SEATTLE,

           Garnishee.

NO.  2:19-MC-00056-RSL

   (2:15-CR-0099-1)

**Order Terminating**
**Garnishment Proceeding**

11
12
13
14
15
16
17
18
19

     This matter came before the Court on the United States' Application to

20
Terminate Garnishment Proceeding.  For the reasons stated in the United

21
22
States' Application, the Court concludes that this Garnishment should be

23
terminated, pursuant to 28 U.S.C. § 3205(c)(10)(A).

24
     IT IS ORDERED that the garnishment is terminated and that City of

25
Seattle is relieved of further responsibility pursuant to this garnishment.

26
//

27
28

**ORDER TERMINATING GARNISHMENT PROCEEDING**
(*USA v. David Stephens and City of Seattle,* **USDC#: 2:19-MC-000056-RSL/2:15-**
**CR-0099-1) - 1**

UNITED STATES ATTORNEY'S OFFICE
700 STEWART STREET, SUITE 5220
SEATTLE, WA 98101
PHONE: 206-553-7970

Dated this 10th day of June, 2019.

*MM S Lasnik*
JUDGE ROBERT S. LASNIK
UNITED STATES DISTRICT COURT JUDGE

Presented by:

s/ Kyle A. Forsyth
KYLE A. FORSYTH, WSBA # 34609
Assistant United States Attorney

**ORDER TERMINATING GARNISHMENT PROCEEDING**
(*USA v. David Stephens and City of Seattle,* **USDC#: 2:19-MC-000056-RSL/2:15-CR-0099-1) - 2**

**UNITED STATES ATTORNEY'S OFFICE**
**700 STEWART STREET, SUITE 5220**
**SEATTLE, WA 98101**
**PHONE: 206-553-7970**